BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| In re: Vehicle Driving Data Tracking Litigation | MDL____ |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion to Transfer, Schedule of Actions, and Certificate of Service were filed and served on all parties in the following cases electronically via ECF, or as indicated below, on April 5, 2024.

| ***Chicco v. General Motors LLC et al.*, Case No. 9:24-cv-80281 (S.D. Fla.)** | |
|---|---|
| *Via Electronic Mail*<br><br>**Plaintiff's Counsel:**<br><br>Mohammad Kazerouni<br>**KAZEROUNI LAW GROUP, APC**<br>245 Fischer Ave., Suite D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>mike@kazlg.com<br><br>Ryan L. McBride<br>**KAZEROUNI LAW GROUP, APC**<br>2221 Camino Del Rio S., #101<br>San Diego, CA 92108<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>ryan@kazlg.com | |

| | |
|---|---|
| ***Dinardo v. General Motors LLC et al.*, Case No. 3:24-cv-00524 (M.D. Pa.)** | |
| <u>*Via Electronic Mail*</u><br><br>**Plaintiffs' Counsel:**<br><br>Ruben Honik<br>David J. Stanoch<br>**HONIK LLC**<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Tel: (267) 435-1300<br>ruben@honiklaw.com<br>david@honiklaw.com | |
| ***King et al., v. General Motors LLC et al.*, Case No. 2:24-cv-02560 (C.D. Cal.)** | |
| <u>*Via Electronic Mail*</u><br><br>**Plaintiffs' Counsel:**<br><br>Martin Schmidt<br>**SCHMIDT NATIONAL LAW GROUP**<br>3033 Fifth Avenue, Suite 335<br>San Diego, California 92103<br>Telephone: (800) 631-5656<br>mschmidt@nationalinjuryadvocates.com<br><br>Jeffrey L. Haberman<br>Scott P. Schlesinger<br>Jonathan R. Gdanski<br>**SCHLESINGER LAW OFFICES, P.A.**<br>1212 SE Third Avenue<br>Fort Lauderdale, Florida 33317<br>Telephone: (954) 467-8800<br>jhaberman@schlesingerlaw.com<br>scott@schlesingerlaw.com<br>jonathan@schlesingerlaw.com | |

| | |
|---|---|
| ***Reed et al., v. General Motors LLC et al.*, Case No. 2:24-cv-10804 (E.D. Mich.)** | |
| <u>*Via Electronic Mail*</u><br><br>**Plaintiffs' Counsel:**<br><br>E. Powell Miller<br>Emily E. Hughes<br>Dennis A. Lienhardt<br>**THE MILLER LAW FIRM, P.C.**<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Tel: (248) 841-2200<br>epm@millerlawpc.com<br>eeh@millerlawpc.com<br>dal@millerlawpc.com<br><br>Hassan Zavareei<br>Sabita J. Soneji<br>Cort Carlson<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>Tel: (510) 254-6808<br>Hzavareei@tzlegal.com<br>ssoneji@tzlegal.com<br>ccarlson@tzlegal.com<br><br>Jeff Ostrow<br>Steven Sukert<br>**KOPELOWITZ OSTROW P.A.**<br>One West Law Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 332-4200<br>ostrow@kolawyers.com<br>sukert@kolawyers.com<br><br>Gary Klinger<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>gklinger@milberg.com | Frank Hedin<br>**HEDIN LLP**<br>1395 Brickell Ave., Suite 1140<br>Miami, FL 33131<br>Tel: (305) 357-2107<br>fhedin@hedinllp.com |

| *Thongsawang v. General Motors LLC et al.*, Case No. 8:24-cv-00695 (C.D. Cal.) ||
|---|---|
| <u>***Via Electronic Mail***</u><br><br>**Plaintiff's Counsel:**<br><br>Robert Ahdoot<br>Tina Wolfson<br>Ted Maya<br>Christopher Stiner<br>Deborah De Villa<br>**AHDOOT WOLFSON, P.C.**<br>2600 W. Olive Street, Suite 500<br>Burbank, California 91505<br>Tel: (310) 474-9111<br>rahdoot@ahdootwolfson.com<br>twolfson@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br>cstiner@ahdootwolfson.com<br>ddevilla@ahdootwolfson.com | |

| |  |
|---|---|
| ***Block et al., v. General Motors LLC et al.***, Case No. 2:24-cv-10824 (E.D. Mich.) | |
| <u>*Via Electronic Mail*</u><br><br>**Plaintiffs' Counsel:**<br><br>E. Powell Miller<br>Emily E. Hughes<br>Dennis A. Lienhardt<br>**THE MILLER LAW FIRM, P.C.**<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Tel: (248) 841-2200<br>epm@millerlawpc.com<br>eeh@millerlawpc.com<br>dal@millerlawpc.com<br><br>Stuart A. Davidson<br>Alexander C. Cohen<br>Facundo M. Scialpi<br>**ROBBINS GELLER RUDMAN & DOWN LLP**<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Tel: (561) 750-3000<br>sdavidson@rgrdlaw.com<br>acohen@rgrdlaw.com<br>fscialpi@rgrdlaw.com<br><br>Marc A. Wites<br>**WITES & ROGERS, P.A.**<br>4400 North Federal Highway<br>Lighthouse Point, FL 33064<br>Telephone: (561) 944-3437<br>mwites@witeslaw.com | |

| *Landman v. General Motors LLC et al.*, Case No. 1:24-cv-02238 (S.D.N.Y) ||
|---|---|
| <u>*Via Electronic Mail*</u><br><br>**Plaintiff's Counsel:**<br><br>Jeffrey L. Haberman<br>Scott P. Schlesinger<br>Jonathan R. Gdanski<br>Lili Lowell<br>**SCHLESINGER LAW OFFICES, P.A.**<br>1212 S.E. 3rd Ave.<br>Fort Lauderdale, FL 33316<br>Phone: 954.467.8800<br>Fax: 954.320.9509<br>jhaberman@schlesingerlaw.com<br>scott@schlesingerlaw.com<br>jgdanski@schlesingerlaw.com<br>llowell@schlesingerlaw.com | |

12

| Defendants ||
|---|---|
| *Via First-Class Mail*<br><br>General Motors LLC<br>c/o Ross E. Linzer, Esq.<br>King & Spalding LLP<br>South Financial Center<br>200 S. Biscayne Blvd.<br>Suite 4700<br>Miami, FL 33131<br><br>General Motors LLC<br>c/o CSC-Lawyers Incorporating Service<br>3410 Bell Chase Way, Ste. 600<br>Lansing, MI 48911 | *Via First-Class Mail*<br><br>OnStar LLC<br>c/o Ross E. Linzer, Esq.<br>King & Spalding LLP<br>South Financial Center<br>200 S. Biscayne Blvd.<br>Suite 4700<br>Miami, FL 33131<br><br>OnStar, LLC<br>c/o CSC-Lawyers Incorporating Service<br>3410 Bell Chase Way, Ste. 600<br>Lansing, MI 48911 |
| *Via First-Class Mail*<br><br>LexisNexis Risk Solutions Inc.<br>c/o C T Corporation System<br>289 S. Culver Street<br>Lawrenceville, GA 30046-4805 | |

| U.S. District Courts ||
|---|---|
| ***Via First-Class Mail***<br><br>Ronald Reagan Federal Building and U.S. Courthouse<br>411 West 4th Street, Room 1053<br>Santa Ana, CA 92701-4516 | ***Via First-Class Mail***<br><br>First Street Courthouse<br>350 W. 1st Street,<br>Los Angeles, CA 90012 |
| ***Via First-Class Mail***<br><br>Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007-1312 | ***Via First-Class Mail***<br><br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 599<br>Detroit, MI 48226 |
| ***Via First-Class Mail***<br><br>United States District Court<br>Middle District of Pennsylvania<br>P.O. Box 1148<br>235 N. Washington Avenue<br>Scranton, PA 18503 | ***Via First-Class Mail***<br><br>Paul G. Rogers Federal Building<br>701 Clematis Street<br>West Palm Beach, FL 33401 |

Dated:  April 5, 2024

Respectfully submitted,

**AHDOOT & WOLFSON, PC**

/s/ *Tina Wolfson*
Tina Wolfson
*twolfson@ahdootwolfson.com*
Theodore W. Maya
*tmaya@ahdootwolfson.com*
Christopher E. Stiner
*cstiner@ahdootwolfson.com*
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Tel: 310-474-9111
Fax: 310-474-8585

*Counsel for Plaintiff
and the Putative Classes*