**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  CONSUMER VEHICLE ) <br> DRIVING DATA TRACKING ) <br> LITIGATION ) <br> ) | MDL No. 3115 |

**CERTIFICATE OF SERVICE**

In accordance with Rule 4.1(a) of the Rules of Procedure for the Unite States Judicial Panel for Multi-District Litigation, the undersigned hereby certifies that on April 9,2024, I caused to be served a true and correct copy of the Notice of Appearance of E. Powell Miller as counsel for Plaintiffs In Re: Consumer Vehicle Driving Data Tracking Litigation, MDL No. 3115, via the Multidistrict Litigation CM/ECF system, which provides electronic service notification to all counsel of record, registered as CM/ECF users.

Dated:  April 9, 2024,          Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

 /s/ E. Powell Miller
E. Powell Miller (P39487)
950 W. University, Suite 300
Rochester, MI  48307
T: (248) 841-2200
F: (248) 652-2852
epm@millerlawpc.com
*Counsel for Plaintiffs*