## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Consumer Vehicle Driving Data Tracking Litigation

**MDL No. 3115**

## NOTICE OF OPPOSITION AND OPPOSITION OF CONOSLIDATION AND TRANSFER BY PLAINTIFFS ULRICH, ET AL

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Cole Ulrich, et al, submit this opposition to inclusion in the proposed consolidation of cases.

The action, (*Ulrich v. General Motors Corp.*), was erroneously tagged by Plaintiff Thongsawang as a related case for this proposed MDL on April 24, 2024. The *Ulrich* action concerns allegations of defective 8L transmissions; there are no allegations regarding misuse of consumer vehicles driving data.

Other litigants have also noted the improper inclusion of this case. *See, e.g.*, Opp. of Pls. Carnine, et al, Doc. 53 at n. 4 ("After a closer examination of the complaint, the Ulrich Action is actually a transmission defect class action against GM and has nothing to do with data privacy and should not be included in this proposed MDL.); Pl. Cogle, Doc. 49 at 2 ("Similarly, the Ulrich plaintiffs assert unique products liability claims against GM related to defective transmissions, claims that appear entirely unrelated to the facts and issues raised in the common cases against GM and OnStar."); Pls. Reed Response, Doc. 44 at n. 3 ("Second, the Ulrich case is a transmission defect class action and has nothing to do with data privacy or any of

1

the allegations at issue in the matter before the Panel. A cursory review of the introductory paragraphs of the 351-page complaint reveals the same and the Ulrich complaint should be stricken from any schedule of related cases. See ECF Nos. 41, 41-1, 41-5.”). GM agrees that Ulrich is not related to the proposed consolidation. Doc. 57 at n. 4 (“Plaintiff Thongsawang has also purported to notice *Ulrich, et al. v. General Motors LLC*, Case No. 2:24-cv-11007 (E.D. Mich. April 17, 2024) as a related action. Dkt. 41. *Ulrich* is a products liability action related to automatic transmissions that bears no resemblance to the Pending Actions. GM Defendants respectfully submit that *Ulrich* is not an appropriate case for consolidation with the Pending Actions.”).

Counsel for Ulrich notified Counsel for Thongsawang about the erroneous tagging but received no response.

Mr. Ulrich and the other plaintiffs in the *Ulrich* action have no opinion as to whether the JPML should consolidate the Consumer Vehicle Driving Data cases, and where it should send that litigation. However, the *Ulrich v. General Motors* action should not be included in any such transfer.  Sincerely,

/s/ Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Suite 500
Washington, D.C. 20005
Tel:  (202) 408-4651
dmcnamara@cohenmilstein.com

Counsel for Plaintiff Cole Ulrich, et al

2