## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Vehicle Driving Data Tracking Litigation | MDL 3115 |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing were filed and served on all parties in the following cases electronically via ECF on the date indicated below.

| *Chicco v. General Motors LLC et al.*, Case No. 9:24-cv-80281 (S.D. Fla.) | |
|---|---|
| *Via CM/ECF*<br><br>**Plaintiff's Counsel:**<br><br>Mohammad Kazerouni<br>**KAZEROUNI LAW GROUP, APC**<br>245 Fischer Ave., Suite D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>mike@kazlg.com<br><br>Ryan L. McBride<br>**KAZEROUNI LAW GROUP, APC**<br>2221 Camino Del Rio S., #101<br>San Diego, CA 92108<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>ryan@kazlg.com | |

| *Dinardo v. General Motors LLC et al.*, Case No. 3:24-cv-00524 (M.D. Pa.) | |
|---|---|
| ***Via CM/ECF***<br><br>**Plaintiffs' Counsel:**<br><br>Ruben Honik<br>David J. Stanoch<br>**HONIK LLC**<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Tel: (267) 435-1300<br>ruben@honiklaw.com<br>david@honiklaw.com | |

| *King et al., v. General Motors LLC et al.*, Case No. 2:24-cv-02560 (C.D. Cal.) | |
|---|---|
| ***Via CM/ECF***<br><br>**Plaintiffs' Counsel:**<br><br>Martin Schmidt<br>**SCHMIDT NATIONAL LAW GROUP**<br>3033 Fifth Avenue, Suite 335<br>San Diego, California 92103<br>Telephone: (800) 631-5656<br>mschmidt@nationalinjuryadvocates.com<br><br>Jeffrey L. Haberman<br>Scott P. Schlesinger<br>Jonathan R. Gdanski<br>**SCHLESINGER LAW OFFICES, P.A.**<br>1212 SE Third Avenue<br>Fort Lauderdale, Florida 33317<br>Telephone: (954) 467-8800<br>jhaberman@schlesingerlaw.com<br>scott@schlesingerlaw.com<br>jonathan@schlesingerlaw.com | |

| *Reed et al., v. General Motors LLC et al.*, Case No. 2:24-cv-10804 (E.D. Mich.) | |
|---|---|
| *Via CM/ECF*<br><br><br>**Plaintiffs' Counsel:**<br><br>E. Powell Miller<br>Emily E. Hughes<br>Dennis A. Lienhardt<br>**THE MILLER LAW FIRM, P.C.**<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Tel: (248) 841-2200<br>epm@millerlawpc.com<br>eeh@millerlawpc.com<br>dal@millerlawpc.com<br><br>Hassan Zavareei<br>Sabita J. Soneji<br>Cort Carlson<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>Tel: (510) 254-6808<br>Hzavareei@tzlegal.com<br>ssoneji@tzlegal.com<br>ccarlson@tzlegal.com<br><br>Jeff Ostrow<br>Steven Sukert<br>**KOPELOWITZ OSTROW P.A.**<br>One West Law Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 332-4200<br>ostrow@kolawyers.com<br>sukert@kolawyers.com<br><br>Gary Klinger<br>**MILBERG COLEMAN BRYSON**<br>**PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>gklinger@milberg.com | Frank Hedin<br><br>**HEDIN LLP**<br>1395 Brickell Ave., Suite 1140<br>Miami, FL 33131<br>Tel: (305) 357-2107<br>fhedin@hedinllp.com |

| *Thongsawang v. General Motors LLC et al.*, Case No. 8:24-cv-00695 (C.D. Cal.) | |
|---|---|
| ***Via CM/ECF***<br><br>**Plaintiff's Counsel:**<br><br>Robert Ahdoot<br>Tina Wolfson<br>Ted Maya<br>Christopher Stiner<br>Deborah De Villa<br>**AHDOOT WOLFSON, P.C.**<br>2600 W. Olive Street, Suite 500<br>Burbank, California 91505<br>Tel: (310) 474-9111<br>rahdoot@ahdootwolfson.com<br>twolfson@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br>cstiner@ahdootwolfson.com<br>ddevilla@ahdootwolfson.com | |

| *Block et al., v. General Motors LLC et al.*, Case No. 2:24-cv-10824 (E.D. Mich.) | |
|---|---|
| *Via CM/ECF* **Plaintiffs' Counsel:** E. Powell Miller Emily E. Hughes Dennis A. Lienhardt **THE MILLER LAW FIRM, P.C.** 950 W. University Drive, Suite 300 Rochester, MI 48307 Tel: (248) 841-2200 epm@millerlawpc.com eeh@millerlawpc.com dal@millerlawpc.com Stuart A. Davidson Alexander C. Cohen Facundo M. Scialpi **ROBBINS GELLER RUDMAN & DOWN LLP** 225 NE Mizner Boulevard, Suite 720 Boca Raton, FL 33432 Tel: (561) 750-3000 sdavidson@rgrdlaw.com acohen@rgrdlaw.com fscialpi@rgrdlaw.com Marc A. Wites **WITES & ROGERS, P.A.** 4400 North Federal Highway Lighthouse Point, FL 33064 Telephone: (561) 944-3437 mwites@witeslaw.com | |

| *Landman v. General Motors LLC et al.*, Case No. 1:24-cv-02238 (S.D.N.Y) | |
|---|---|
| <u>*Via CM/ECF*</u><br><br>**Plaintiff's Counsel:**<br><br>Jeffrey L. Haberman<br>Scott P. Schlesinger<br>Jonathan R. Gdanski<br>Lili Lowell<br>**SCHLESINGER LAW OFFICES, P.A.**<br>1212 S.E. 3rd Ave.<br>Fort Lauderdale, FL 33316<br>Phone: 954.467.8800<br>Fax: 954.320.9509<br>jhaberman@schlesingerlaw.com<br>scott@schlesingerlaw.com<br>jgdanski@schlesingerlaw.com<br>llowell@schlesingerlaw.com | |

| *Cogle v. General Motors LLC, et al.*, No. 2:24-cv-11062-JJCG-APP (E.D. Mich.) | |
|---|---|
| **<u>Via CM/ECF</u>**<br><br>**Plaintiff's Counsel:**<br><br>Adam E. Polk<br>Jordan Elias<br>Anthony Rogari<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>apolk@girardsharp.com<br>jelias@girardsharp.com<br>arogari@girardsharp.com | |

***Mason v. General Motors, LLC*, No. 1:24-cv-01558 (N.D. Ga.)**

| | |
|---|---|
| <u>***Via CM/ECF***</u><br><br>**Plaintiff's Counsel:**<br><br>Bryan L. Clobes<br>**CAFFERTY CLOBES MERIWETHER &<br>SPRENGEL LLP**<br>135 South LaSalle St., Suite 3210<br>Chicago, IL 60603<br>312-782-4880<br>bclobes@caffertyclobes.com | |

*Carnine, et al. v. General Motors LLC, et al.*, No. 4:24-cv-11004-SDK-CI (E.D. Mich.)

<u>*Via CM/ECF*</u>

**Plaintiff's Counsel:**

Amber L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St Ste 200
San Francisco, California 94123
415-788-4220
aschubert@sjk.law

Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
914-281-8988
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite
520 West
Conshohocken, PA
215-399-4770
achristina@lowey.com

Rod M. Johnston
**JOHNSTON LAW, PLLC**
JOH911 Duchess Court
Troy, MI 48098
586-321-8466
rod@johnstonlawflsa.com

| *Figlio, et al. v. General Motors LLC et al.,* Case No. 1:24-cv-01669 (N.D. Ga.) | |
|---|---|
| ***Via CM/ECF*** <br><br> **Plaintiff's Counsel:** <br><br> Gary S. Graifman <br> **KAANTROWITZ, GOLDHAMMER &** <br> **GRAIFMAN PC** <br> 135 Chestnut Ridge Road <br> Suite 200 <br> Montvale, NJ 07645 <br> 845-356-2570 <br> ggraifman@kgglaw.com <br><br> Howard Theodore Longman <br> **LONGMAN LAW, P.C.** <br> 354 Eisenhower Parkway <br> Suite 1800 <br> Livingston, NJ 07039 <br> 973-994-2315 <br> hlongman@ssbny.com <br><br> James Cameron Tribble <br> **THE BARNES LAW GROUP, LLC** <br> 31 Atlanta Street <br> Marietta, GA 30060 <br> 770-227-6375 <br> ctribble@barneslawgroup.com <br><br> John Raymond Bevis <br> **THE BARNES LAW GROUP, LLC** <br> 31 Atlanta Street <br> Marietta, GA 30060 <br> 770-227-6375 <br> Bevis@barneslawgroup.com <br><br> Lynda J. Grant <br> **THE GRANT LAW FIRM, PLLC** <br> 521 Fifth Avenue <br> 17 Floor <br> New York, NY 10175 <br> 212-292-4441 <br> lgrant@labaton.com | |

Roy E. Barnes
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
770-227-6375
Roy@barneslawgroup.com

| *Valencia v. General Motors LLC, et al.*, No. 2:24-cv-02978 (C.D. Cal.) | |
|---|---|
| ***Via CM/ECF***<br><br>**Plaintiff's Counsel:**<br><br>Arthur Petrousian<br>**MORGAN & MORGAN LLP**<br>633 West Fifth St., Suite 2200<br>Los Angeles,CA 90071<br>213-787-8590<br>apetrousian@forthepeople.com | |

*Ulrich, et al. v. General Motors LLC, et al.*, No. 2:24-cv-11007 (E.D. Mich.)

| | |
|---|---|
| *Via CM/ECF*<br><br>**Plaintiff's Counsel:**<br><br>Theodore J. Leopold<br>**COHEN, MILSTEIN, SELLERS & TOLL, PLLC**<br>11780 U.S. Highway One, Ste N500<br>Palm Beach Gardens, FL 33408<br>516-515-1401<br>tleopold@cohenmilstein.com | |

| Defendants | |
|---|---|
| ***Via CM/ECF*** | ***Via First-Class Mail*** |
| Troy D. McMahan<br>William E. Steimle<br>**KING & SPALDING LLP**<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Tel: (415) 318-1200<br>Fax: (415) 318-1300<br>tmcmahan@kslaw.com<br>wsteimle@kslaw.com<br><br>*Attorneys for Defendants General Motors LLC and OnStar, LLC*<br><br>Ronald I. Raether, Jr.<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>5 Park Plaza #1400<br>Irvine, CA 92614<br>946-622-2722<br>ron.raether@troutman.com<br><br>*Attorneys for Defendant LexisNexis Risk Solutions Inc.* | Verisk Analytics, Inc.<br>c/o  Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>Kia America, Inc. & Kia Corporation<br>c/o CT Corporation System<br>600 N. 2nd Street, Suite 401<br>Harrisburg, PA 17101 |

Dated:  April 26, 2024                              Respectfully submitted,

                                                    **HONIK LLC**

                                                    /s/ *Ruben Honik*
                                                    Ruben Honik
                                                    ruben@honiklaw.com
                                                    David J. Stanoch, Of Counsel
                                                    david@honiklaw.com
                                                    1515 Market Street, Suite 1100
                                                    Philadelphia, PA 19102
                                                    Tel: 267-435-1300
                                                    Fax: 267-263-7497

                                                    *Counsel for Plaintiff*
                                                    *Vaughn*