# ATTACHMENT A

# TO NOTICE OF PRESENTMENT OF ORAL ARGUMENT

**5. Parties Represented**- Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:

Plaintiffs Larry Reed, Darnell McCoy, Suzanne Block, Charles Justus, III.

**6. Short Case Caption(s)**- Include District(s) and Civil Action No(s). Attach list of more than one action:

*Reed et al. v. General Motors, LLC*, *et al*. Case No. 2:24-cv-10804 (E.D. Mich.)

*Block et al. v. General Motors, LLC, et al*., Case No. 2:24-10824 (E.D. Mich.)