# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CONSUMER VEHICLE DRIVING DATA TRACKING LITIGATION | MDL No. 3115 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on April 26, 2024, a copy of the foregoing document was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record who are registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

I further certify that on April 26, 2024, I caused the foregoing to be served in the manner described below:

| *Cogle, et al. v General Motors, et al.*, Case No. 2:24-cv-11062-JJCG-APP (E.D. MI) | |
|---|---|
| *Via ECF*<br><br>**Plaintiffs' Counsel:**<br><br>Adam E. Polk<br>Jordan Elias<br>Anthony Rogari<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA  94108<br>Tel: 415-981-4800<br>Fax: 415-981-4846<br>apolk@girardsharp.com<br>jelias@girardsharp.com<br>arogair@girardsharp.com | |

| | |
|---|---|
| *Carnine, et al. v. General Motors, et al.,* **Case No. 4:24-cv-11004-SDK-CI (E.D. Mich.)** ||
| *Via ECF*<br><br>**Plaintiffs' Counsel:**<br><br>Amber L. Schubert<br>**SCHUBERT JONCKHEER & KOLBE LLP**<br>2001 Union St, Ste 200<br>San Francisco, CA 94123<br>Telephone: (415) 788-4220<br>Facsimile: (415) 788-0161<br>Email: aschubert@sjk.law | |
| *Chicco v. General Motors, et al.,* **Case No. 9:24-cv-80281-DMM (S.D. Fla.)** ||
| *Via ECF*<br><br>**Plaintiff's Counsel:**<br><br>Abbas Kazerounian<br>**KAZEROUNI LAW GROUP, APC**<br>245 Fischer Ave., Suite D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br>Email: ak@kazlg.com | |
| *Valencia v. General Motors, et al.,* **Case No. 2:24-cv-02978-MEMF (C.D. Cal.)** ||
| *Via Electronic Mail*<br><br>**Plaintiff's Counsel:**<br><br>Arthur Petrousian<br>**MORGAN & MORGAN**<br>633 W 5th St, Ste 2200<br>Los Angeles, CA, 90071-2041<br>Telephone: (213) 787-8590<br>Email: apetrousian@forthepeople.com<br><br>John A. Yanchunis<br>Ronald Podolny<br>**MORGAN & MORGAN**<br>201 North Franklin Street 7th Floor<br>Tampa, FL 33602 | |

| | |
|---|---|
| Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402<br>Email: JYanchunis@forthepeople.com<br>Email: ronald.podolny@forthepeople.com<br><br>John G. Emerson<br>**EMERSON FIRM, PLLC**<br>2500 Wilcrest Drive, Suite 300<br>Houston, TX 77042-2754<br>Telephone: (800) 551.8649<br>Facsimile: (501)286-4659<br>Email: jemerson@emersonfirm.com | |ни
| *Dinardo v. General Motors, et al.,* **Case No. 3:24-cv-00524-JKM (M.D. Penn.)** ||
| *Via ECF*<br><br>**Plaintiff's Counsel:**<br><br>Ruben Honik<br>**HONIK LLC**<br>1515 Market Street, Suite 1100<br>Philadelphia, PA 19102<br>Telephone: 267-435-1300<br>Email: ruben@honiklaw.com | |
| *Figlio, et al. v. General Motors, et al.,* **Case No. 1:24-cv-01669-TWT-JEM (N.D. GA)** ||
| *Via ECF*<br><br>**Plaintiffs' Counsel:**<br><br>Gary S. Graifman<br>**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**<br>135 Chestnut Ridge Rd., Suite 200<br>Montvale, NJ 07645<br>Telephone: (201) 391-7000<br>Email: ggraifman@kgglaw.com | |

| *Thongsawang v. General Motors, et al.,* Case No. 8:24-cv-00695-AB-DFM (C.D. Cal.) ||
|---|---|
| *Via ECF*<br><br>**Plaintiff's Counsel:**<br><br>Tina Wolfson<br>**AHDOOT & WOLFSON, P.C.**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, California 91505-4521<br>Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585<br>Email: twolfson@ahdootwolfson.com | |
| *Mason v. General Motors, et al.,* Case No. 1:24-cv-01558-TWT-JEM (N.D. Ga.) ||
| *Via ECF*<br><br>**Plaintiff's Counsel:**<br><br>Bryan L. Clobes<br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>Telephone: (312) 782-4880<br>Email: bclobes@caffertyclobes.com | |
| *King, et al. v. General Motors, et al.,* Case No. 2:24-cv-02560-ODW-MAA (C.D. Cal.)<br>*Landman v. General Motors, et al.,* Case No. 1:24-cv-02238-RA (S.D.N.Y.) ||
| *Via ECF*<br><br>**Plaintiffs' Counsel:**<br><br>Jonathan R. Gdanski<br>**SCHLESINGER LAW OFFICES, P.A.**<br>1212 SE Third Avenue<br>Fort Lauderdale, Florida 33317<br>Telephone: (954)467-8800<br>Email: jonathan@schlesingerlaw.com | |

| *Vaughn v. Kia America, Inc., et al*, Case No. 2:24-cv-01473 (E.D. Pa.) ||
|---|---|
| *Via ECF* <br><br> **Plaintiffs' Counsel:** <br><br> Ruben Honik <br> David J. Stanoch, Of Counsel <br> HONIK LLC <br> 1515 Market Street, Suite 1100 <br> Philadelphia, PA 19102 <br> ruben@honiklaw.com <br> david@honiklaw.com | |
| ***Defendants*** ||
| *Via ECF* <br><br> David L. Balser <br> **KING & SPALDING** <br> 1180 Peachtree Street, N.E. <br> Atlanta, GA 30309 <br> Telephone: (404) 572-4600 <br> Facsimile: (404) 572-5100 <br> Email: dbalser@kslaw.com <br><br> *Counsel for Defendants General Motors LLC and OnStar, LLC* | |
| *Via ECF* <br><br> Ronald I. Raether, Jr. <br> **TROUTMAN PEPPER HAMILTON SANDERS LLP** <br> 5 Park Plaza #1400 <br> Irvine, CA 92614 <br> Telephone: (946) 622-2722 <br> Facsimile: (949) 769-2080 <br> Email: ron.raether@troutman.com <br><br> *Counsel for Defendant LexisNexis Risk Solutions Inc.* | |

Respectfully submitted,

By: */s/ E. Powell Miller*
E. Powell Miller (P39487)
Emily E. Hughes (P68724)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
eeh@millerlawpc.com
dal@millerlawpc.com

*Counsel for*
*Plaintiff Suzanne Block and Charles Justus, III; Case No. 24-10824 (E.D. MI)*
*Plaintiff Larry Reed and Darnell McCoy; Case No. 24-10804 (E.D. MI)*